Fill in this information to identify your case:

United States Bankruptcy Court for the:
NORTHERN DISTRICT OF ILLINOIS

Case number (if known): 21-14157    Chapter 7

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy                04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12/15/2021
MM / DD / YYYY

X _[signature]_
Signature of authorized representative of debtor

James R. Pittacora
Printed name

Title: Managing Member

**18. Signature of attorney**

X /s/ Brian J Jackiw
Signature of attorney for debtor

Date 12/16/2021
MM / DD / YYYY

Brian J. Jackiw
Printed name

Tucker Ellis LLP
Firm name

950 Main Ave
Suite 1100
Cleveland, OH 44113
Number, Street, City, State & ZIP Code

Contact phone 312-624-6300    Email address brian.jackiw@tuckerellis.com

6296807 IL
Bar number and State